UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:15-cv-23476-KMM**

| | |
|---|---|
| RENARDO DELGADO SILVESTRE and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) ) |
| | ) |
| 83 BROOKLYN BAGEL COMPANY, LLC d/b/a TOASTED BAGELRY AND DELI, KHALED MOHAMED, ISLAM MOHAMED, | ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Plaintiff, RENARDO DELGADO SILVESTRE ("Silvestre") and Defendants, 83 BROOKLYN BAGEL COMPANY, LLC d/b/a TOASTED BAGELRY AND DELI ("83 BBC"), KHALED MOHAMED ("K.M."), and ISLAM MOHAMED ("I.M."), (hereinafter referred to as "Defendants") by and through undersigned counsel, jointly move this Court for an Order approving the parties' Settlement Agreement, and dismissing this case with prejudice with the Court reserving jurisdiction to enforce the settlement in accordance with its terms. As grounds for this motion, the parties state:

1.      Silvestre filed an action against Defendants under the Fair Labor Standards Act, 29 U.S.C. § 216(b) *et seq.* ("FLSA") for unpaid overtime.

2.      Pursuant to a mediation session, the parties to this litigation reached an amicable resolution in this matter, and entered into a written Settlement Agreement ("Agreement"). Plaintiff has been represented by counsel throughout this process.

3.      The parties and their counsel believe that the Agreement is a reasonable compromise of disputed claims.

4.      In accordance with the Agreement, the parties request that the Agreement be reviewed by the Court *in camera*, and that the Court approve the Agreement under *Lynn's Food Stores v. U.S. Dep't of Labor*, 679 F.2d 1350, 353 (11th Cir. 1982).  Defendants' counsel is concurrently filing the Agreement itself as a sealed document, in accordance with the instructions in the Court's paperless Notice of Court Practice Upon Notice of Settlement [D.E. 32], and will serve a copy of the online receipt via registered email upon Plaintiff's counsel.

**WHEREFORE**, the parties to this litigation respectfully request this Court approve the parties' Settlement Agreement and dismiss the case with prejudice, and reserve jurisdiction to enforce the Settlement Agreement in accordance with its terms.

Respectfully submitted this 31st day of May, 2016.

| | |
|---|---|
| J.H. ZIDELL, P.A.<br>*Attorneys for Plaintiff*<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>Telephone:  (305) 865-6766<br>Facsimile:  (305) 865-7167<br><br>By:     /s/ Stephen M. Fox, Jr.<br>        STEPHEN M. FOX, JR.<br>        Florida Bar No.0110359<br>        Email:  stephen.fox.esq@gmail.com | GREENBERG TRAURIG, P.A.<br>*Attorneys for Defendants*<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida  33131<br>Telephone: (305) 579-0519<br>Facsimile:  (305) 579-0717<br><br>By:  /s/ Ronald M. Rosengarten<br>        RONALD M. ROSENGARTEN<br>        Florida Bar No. 387540<br>        rosengartenr@gtlaw.com |

*MIA 185307891v1*

Case No. 1:15-cv-23476-KMM

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 31st day of May, 2016, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Ronald M. Rosengarten
RONALD M. ROSENGARTEN

## SERVICE LIST
*RENARDO DELGADO SILVESTRE v. 83 BROOKLYN BAGEL COMPANY, LLC d/b/a TOASTED BAGELRY AND DELI, KHALED MOHAMED, ISLAM MOHAMED*
**United States District Court, Southern District of Florida**

*Counsel for Plaintiff*:

J.H. Zidell, Esq.
K. David Kelly, Esq.
Rivkah F. Jaff, Esq.
Stephen M. Fox, Jr., Esq.
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone:  (305) 865-6766
Facsimile:  (305) 865-7167
Email:  Zabogado@aol.com
Email:  david.kelly38@rocketmail.com
Email:  rivkah.jaff@gmail.com
Email:  stephen.fox.esq@gmail.com

*MIA 185307891v1*