UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23476-CIV-KMM

RENARDO DELGADO SILVESTRE and all )
others similarly situated under 29 U.S.C. )
216(b), )
                       Plaintiff, )
vs. )
  )
83 BROOKLYN BAGEL COMPANY, LLC )
d/b/a TOASTED BAGELRY AND DELI, )
KHALED MOHAMED, )
ISLAM MOHAMED, )
                       Defendants. )

**PLAINTIFF'S MOTION TO FILE THE SETTLEMENT AGREEMENT ON THE RECORD FOR PLAINTIFF TO MOVE FOR BREACH**

COMES NOW the Plaintiff, by and through the undersigned counsel, and hereby files the above-described Motion, and in support thereof states as follows:

1. On June 7, 2016, the Court entered an Order approving the Parties' Settlement Agreement pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982) as fair and reasonable and dismissed the case with prejudice [DE38].

2. Defendants, jointly and severally, have breached the terms of the Settlement Agreement. However, per the Settlement Agreement, the Parties agreed that upon execution of the Agreement, "the Parties shall file a Joint Motion for Approval which shall not reveal any of the details of the payment and which shall request that the Agreement be reviewed by the Court *in camera.*"

3.      The Court's Order [DE36] sets forth the amount to be paid under the Agreement and the division between Plaintiff and his counsel however does not include other pertinent portions of the Settlement Agreement relevant to the breach and enforcement of same.

4.      Plaintiff files the instant Motion in an abundance of caution and so as not to be in violation of any of the terms of the Settlement Agreement, specifically the confidentiality provisions therein contained.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order permitting Plaintiff to attach the Settlement Agreement to his Motion to Enforce Settlement Agreement, for Entry of Default Judgment Against Defendants, Jointly and Severally, and for Attorneys' Fees and Costs, Including Future Fees and Costs Regarding Collection of Default.

### CERTIFICATE OF CONFERRAL

The undersigned has made efforts to obtain Defense counsel's position and said attempts have gone unresponded to.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR DEFENDANTS
300-71ST STREET
SUITE 605
MIAMI BEACH, FL 33141
305-865-6766
305-865-7167

_ s/ Rivkah Jaff __
Rivkah Jaff, Esquire
Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/4/17 TO:**

**RONALD M. ROSENGARTEN, ESQ.**
**GREENBERG TRAURIG**
**333 AVENUE OF THE AMERICAS (333 S.E. 2ND AVENUE)**
**MIAMI, FL 33131**
**PH: 305-579-0519**
**FAX: 305-579-0717**
**EMAIL: ROSENGARTENR@GTLAW.COM**

BY:__/s/____Rivkah F. Jaff_____
              **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-23476-CIV-KMM

RENARDO DELGADO SILVESTRE and all )
others similarly situated under 29 U.S.C. )
216(b), )
   )
      Plaintiff, )
vs. )
   )
83 BROOKLYN BAGEL COMPANY, LLC )
d/b/a TOASTED BAGELRY AND DELI, )
KHALED MOHAMED, )
ISLAM MOHAMED, )
   )
      Defendants. )
_____ )

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE THE SETTLEMENT AGREEMENT ON THE RECORD FOR PLAINTIFF TO MOVE FOR BREACH**

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that Plaintiff's Motion filed as [DE ] is GRANTED and therefore:

1. Plaintiff may file a copy of the Settlement Agreement as an exhibit and attachment to Plaintiff's Motion to Enforce Settlement Agreement, for Entry of Default Judgment Against Defendants, jointly and severally, and for Attorneys' Fees and Costs, Including Future Fees and Costs Regarding Collection of Default.

DONE AND ORDERED IN CHAMBERS IN MIAMI-DADE, FLORIDA, ON THIS _____ DAY OF _____, 2016.

                                                                             _____
                                                                             K. MICHAEL MOORE
                                                                             UNITED STATED DISTRICT JUDGE

Copies to: Counsel of Record